# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PIERRE JOEL JUNIOR BAGUIDY,**

　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　Case No. 4:13cv181-RH/CAS

**K. MILLER,**

　　Defendant.

_____/

## REPORT AND RECOMMENDATION

　　Plaintiff submitted a civil rights complaint on April 4, 2013. Doc. 1. Because Plaintiff did not simultaneously pay the filing fee for this case at the time of case initiation, nor did Plaintiff submit an in forma pauperis application, an Order was entered on April 8, 2013, directing the Clerk of Court to provide Plaintiff with an in forma pauperis application packet and providing Plaintiff with the opportunity to either pay the $350.00 filing fee or submit a completed in forma pauperis motion. Doc. 3. That Order has now been returned to the Court as "undeliverable," doc. 5, along with the Clerk's notice to pro se litigants, doc. 2. Doc. 4. One envelope is stamped "Attempted - Not Know." Doc. 5. The other return envelope is stamped "Return to Sender; Unable to Forward" and "Not in Custody." *Id.* Because it appears that Plaintiff has been released

from the Baker County Jail and the Court is unable to locate Plaintiff, this case should be dismissed without prejudice for failure to prosecute.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for failure to prosecute as court orders are unable to be delivered to Plaintiff.

**IN CHAMBERS** at Tallahassee, Florida, on April 23, 2013.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**